# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMILLE RODRIGUEZ, an Individual;      ) | **CASE NO. 8:21-CV-00028-JLS** |
|      ) | |
| Plaintiff,      ) | |
|      ) | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| v.      ) | |
|      ) | |
| ZL – WEST ENGINEERING PLACSTICS, INC., a California corporation; and DOES 1 through 25, Inclusive,      ) | |
|      ) | |
| Defendants.      ) | |

## ORDER

The Court having considered the Joint Stipulation of Dismissal (Doc. 22) filed by Plaintiff Camille Rodriguez and Defendant ZL – West Engineernig Placstics, Inc., orders as follows:

    1.    The action is dismissed with prejudice.

    2.    Each party shall bear their own costs and attorneys' fees.

IT IS SO ORDERED:

DATED:  September 07, 2021

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE